# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1259**
**CA 15-00758**
PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND VALENTINO, JJ.

---

STEVEN R. SAUMURE AND RHONDA SAUMURE,
PLAINTIFFS-APPELLANTS-RESPONDENTS,

V                                                           ORDER

U.R. BEST RESORT, INC., ANDERSON BARNEY REAL
ESTATE MANAGEMENT GROUP, LLC, AND SMITH
STRUCTURES, INC.,
DEFENDANTS-RESPONDENTS-APPELLANTS.

---

SUGARMAN LAW FIRM, LLP, SYRACUSE (JENNA W. KLUCSIK OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS-RESPONDENTS.

GOLDBERG SEGALLA LLP, SYRACUSE (LISA M. ROBINSON OF COUNSEL), FOR
DEFENDANTS-RESPONDENTS-APPELLANTS U.R. BEST RESORT, INC. AND ANDERSON
BARNEY REAL ESTATE MANAGEMENT GROUP, LLC.

SMITH, SOVIK, KENDRICK & SUGNET, P.C., SYRACUSE (KAREN J. KROGMAN DAUM
OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT SMITH STRUCTURES, INC.

-------------------------------------------------------------------------------------------------------------

Appeal and cross appeals from an order of the Supreme Court, Onondaga County (Hugh A. Gilbert, J.), entered July 17, 2014. The order denied the motion of plaintiffs for partial summary judgment and granted in part and denied in part the cross motions of defendants for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered: November 13, 2015                         Frances E. Cafarell
                                                   Clerk of the Court